UNITED STATES DISTRICT COURT

DISTRICT OF NEVADA

\* \* \*

| | |
|---|---|
| RODERICK L. HYMON,<br><br>Plaintiff,<br><br>v.<br><br>LAS VEGAS METROPOLITAN POLICE DEPARTMENT OFFICER ROSE; DISTRICT ATTORNEY GLEN O'BRIEN,<br><br>Defendants. | Case No.: 2:23-cv-01276-GMN-EJY<br><br>**ORDER** |

On May 13, 2024, the Court received returned mail sent to Plaintiff's address on record indicating Plaintiff is no longer housed at the Clark County Detention Center. ECF No. 21. Plaintiff has not updated his address as required by U.S. District Court for the District of Nevada Local Rule IA 3-1. LR IA 3-1 states a "pro se party must immediately file with the court written notification of any change of mailing address, email address, telephone number, or facsimile number. … Failure to comply with this rule may result in the dismissal of the action, entry of default judgment, or other sanctions as deemed appropriate by the court."

Accordingly, IT IS HEREBY ORDERED that on or before **June 14, 2024** Plaintiff **must** file a notice advising the Court of his current address.

IT IS FURTHER ORDERED that failure to file a current address on or before June 14, 2024, will result in a recommendation to dismiss this action without prejudice. A dismissal without prejudice allows Plaintiff to file his case with the Court, under a new case number, when he can provide the Court with a current address.

Dated this 14th day of May, 2024.

ELAYNA J. YOUCHAH
UNITED STATES MAGISTRATE JUDGE

1